# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA GABRIEL, an individual and as guardian ad litem for M.G., J.G., B.G., and A.G; M.G., a minor by and through her guardian ad litem Sandra Gabriel; J.G., a minor by and through his guardian ad litem Sandra Gabriel; B.G., a minor by and through her guardian ad litem Sandra Gabriel; and A.G. a minor by and through his guardian ad litem Sandra Gabriel<br><br>        Plaintiffs,<br>  vs.<br><br>COUNTY OF LOS ANGELES, a public entity; JESSICA PEREZ MARTINEZ, an individual; NORA SALINAS, an individual; ANGELICA MIRANDA, an individual; CRISTINA PAREDES, an individual; MELANDIE SMITH-AUSTIN, an individual; PHILLIP BROWNING an individual; MERTIS BROWN, an individual; and DOES 1 through 50;<br>        Defendants. | Case No. 2:15−cv−03118 JAK(JEMx)<br><br>**REDACTED ORDER AND JUDGMENT GRANTING APPROVAL OF THE MINORS' COMPROMISE**<br><br>**JS-6** |

This Court, having considered the Petition for an Order Approving Minors' Compromise of Pending Action (the "Petition"), filed by Plaintiffs A.G., B.G., J.G., and M.G., by and through their mother and guardian ad litem, Sandra Gabriel, on April 3, 2017 (Dkt. 115.), and finding GOOD CAUSE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Petition is GRANTED.

2. The settlement of minors A.G., B.G., J.G., and M.G. in the total amount of $140,000.00, is APPROVED as fair and reasonable.

3. The division of the settlement of $23,152.34 for Plaintiff ▮ (A.G.), ▮ and $11,666.00 in attorneys' fees is also approved as fair and reasonable, and the attorneys' fees in this matter are accordingly APPROVED.

4. The division of the settlement of $23,152.34 for Plaintiff ▮ (B.G.), ▮ and $11,666.00 in attorneys' fees is also approved as fair and reasonable, and the attorneys' fees in this matter are accordingly APPROVED.

5. The division of the settlement of $23,152.34 for Plaintiff ▮ (J.G.), ▮ and $11,666.00 in attorneys' fees is also approved as fair and reasonable, and the attorneys' fees in this matter are accordingly APPROVED.

6. The division of the settlement of $23,152.34 for Plaintiff ▮ (M.G.), ▮ and $11,666.00 in attorneys' fees is also approved as fair and reasonable, and the attorneys' fees in this matter are accordingly APPROVED.

7. The County of Los Angeles will issue a check to the Law Office of L.

Wallace Pate, Attorney Trust Account in the amount of $140,000. The amount attributable to each minor Plaintiff, A.G., B.G., J.G., and M.G., shall be placed into a blocked account at Chase Bank located at 251 East Compton Blvd, Compton, CA 90220, telephone: (562) 265-1308 ("Chase Bank").

8. The blocked accounts at Chase Bank in each minor Plaintiff's name shall be such that the funds cannot be withdrawn without further order of this Court before the minors reach majority.

9. Plaintiffs' counsel must deliver to Chase Bank at the time of deposit of the checks a copy of this Order and Judgment.

**IT IS SO ORDERED.**

DATED: May 9, 2017

John A. Kronstadt
United States District Judge